IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY HENN, individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY,<br><br>　　Defendant. | CASE NO. 8:15-CV-00257-JFB-SMB<br><br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

　　Plaintiff Rosemary Henn and Defendant American Family Mutual Insurance Company, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismissal with prejudice of the above captioned action, with each party to pay their own attorneys' fees and costs.

　　Dated this 29th day of March, 2017.

| | |
|---|---|
| ROSEMARY HENN,<br>Plaintiff | AMERICAN FAMILY MUTUAL<br>INSURANCE COMPANY, Defendant |
| By: */s/ Erik D. Peterson*<br>　　M. Austin Mehr (*pro hac vice*)<br>　　Philip G. Fairbanks (*pro hac vice*)<br>　　Erik D. Peterson (*pro hac vice*)<br>　　Mehr Fairbanks & Peterson Trial Lawyers, PLLC<br>　　201 West Short Street, Suite 800<br>　　Lexington, KY 40507<br>　　Telephone: 859-225-3731<br>　　Facsimile: 859-225-3830<br>　　Email: amehr@austinmehr.com<br>　　Email: pgf@austinmehr.com<br>　　Email: edp@austinmehr.com<br><br>　　*and* | By: */s/ Bartholomew L. McLeay*<br>　　Bartholomew L. McLeay, #17746<br>　　Brooke H. McCarthy, #25077<br>　　KUTAK ROCK LLP<br>　　The Omaha Building<br>　　1650 Farnam Street<br>　　Omaha, NE 68102<br>　　Telephone: (402) 346-6000<br>　　Facsimile: (402) 346-1148<br>　　Email: bart.mcleay@kutakrock.com<br>　　Email: brooke.mccarthy@kutakrock.com<br><br>　　*and* |

| | |
|---|---|
| Eric R. Chandler<br>Law Offices of Eric R. Chandler, PC, LLO<br>Keeline Building<br>319 South 17th Street, Suite 522<br>Omaha, NE  68102<br>Telephone: 402-933-6858<br>Email: ericchandlerlaw@gmail.com | Michael S. McCarthy (*pro hac vice*)<br>FAEGRE BAKER DANIELS LLP<br>1700 Lincoln Street, Suite 3200<br>Denver, CO  80203<br>Telephone:  (303) 607-3500<br>Facsimile:  (303) 607-3600<br>Email:  michael.mccarthy@FaegreBD.com |

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of March, 2017, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system and e-served the same to the following via the CM/ECF system:

| | |
|---|---|
| Eric R. Chandler, Esq.<br>Law Offices of Eric R. Chandler, PC, LLO<br>ericchandlerlaw@gmail.com | M. Austin Mehr, Esq.<br>Philip G. Fairbanks, Esq.<br>Erik D. Peterson, Esq.<br>Mehr Fairbanks & Peterson Trial Lawyers, PLLC<br>amehr@austinmehr.com<br>pgf@austinmehr.com<br>edp@austinmehr.com |

        */s/ Bartholomew L. McLeay*
        Bartholomew L. McLeay