# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ROSEMARY HENN, individually and on behalf of all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN FAMILY MUTUAL INSURANCE COMPANY, )<br>)<br>Defendant. ) | CASE NO. 8:15-CV-00257-JFB-SMB<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation for Dismissal with Prejudice ("Stipulation") (Filing No. 71). After giving consideration to the Stipulation and being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Stipulation is approved; and

**IT IS FURTHERED ORDERED** this action is dismissed with prejudice.

Dated this 30th day of March, 2017.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge